FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION     01 MAY 17 PM 1:25
CASE NO. 8:01-cv-642-T-17EAJ

KELLY CHAUDARY and
JAY CHAUDARY, her
husband,

        Plaintiffs,

vs.

EMERSON ELECTRIC CO.,
a foreign corporation authorized
to do business in the state of
Florida,

        Defendant.

DENIED AND SO ORDERED this
3/5 day of May, 2001
ELIZABETH A. KOVACHEVICH
U.S. DISTRICT JUDGE

## MOTION TO ADD PARTY AND MOTION TO REMAND TO STATE COURT

COME NOW the Plaintiffs, KELLY CHAUDARY and JAY CHAUDARY, by and through their undersigned counsel, and would hereby move to add the Defendant driver to the Complaint and to remand this case to State Court, and, as grounds therefore would state as follows:

1. This case arises from a motor vehicle accident that occurred December 3, 1999.

2. The undersigned counsel erroneously failed to list the Defendant driver, SCOTT ENHAM, as the active tortfeasor and driver of the Defendant vehicle.

3. The undersigned counsel would accordingly request leave of court to file an Amended Complaint to add the active tortfeasor, SCOTT ENHAM, and to remand this case back to State Court for all further proceedings from this point forward.

## MEMORANDUM OF LAW

1. Pursuant to Federal Rules of Civil Procedure, Rule 15(a), "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

2. Pursuant to Federal Rules of Civil Procedure, Rule 20(a), "all persons...may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action."

3. The original Complaint in this action was brought against Emerson Electric Company. The driver of the Defendant vehicle was erroneously not included in the Complaint and needs to be added to the Complaint.

The undersigned counsel would accordingly request leave of court to add the driver as a Defendant and to remand the matter to State Court for the filing of the Amended Complaint and for all further proceedings.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to **ROBERT M. FULTON, ESQ.**, P.O. Box 2231, Tampa, FL 33601-2231, and **MELODY HURDLE, ESQ.**, The Clark Building, 400 - 20th Street North, Birmingham, AL 35223, on this the 17th day of May, 2001.

**TANNEY, ENO, TANNEY, GRIFFITH & INGRAM, P.A.**
Attorneys for Plaintiff
2454 McMullen Booth Road
Bldg C Ste 501-A
Clearwater FL 33759
(727) 726-4781
SPN No. 00659921
Florida Bar No. 0629073

By: _____
TONY GRIFFITH, ESQ.